UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Trinidad RODRIGUEZ–ZAVALA,
also known as Trinidad Rodriguez–
Zavala, Defendant–Appellant.

No. 07–50946
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for
Defendant–Appellant.

Before REAVLEY, BARKSDALE, and
GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Jose Trinidad Rodriguez–Zavala
raises arguments that are foreclosed by
*Almendarez–Torres v. United States,* 523
U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d
350 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. *United States
v. Pineda–Arrellano,* 492 F.3d 624, 625
(5th Cir.2007), *petition for cert. filed* (Aug.
28, 2007) (No. 07–6202). The Govern-

ment's motion for summary affirmance is
GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.